# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :   NO. 64
                                          :
REAPPOINTMENT TO THE                      :   CLIENT SECURITY APPOINTMENT
PENNSYLVANIA LAWYERS FUND                 :
FOR CLIENT SECURITY BOARD                 :   DOCKET
                                          :

## ORDER

**PER CURIAM**:

**AND NOW**, this 3rd day of February, 2017, Daniel I. Booker, Esquire, Allegheny County, is hereby reappointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years commencing April 1, 2017.